UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| CLARENCE VERN ELLESBURY, | No.  2: 18-cv-2744 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. FERNANDEZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 5, 2019 a settlement conference was held in this action.  This action did not settle.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendants Fernandez and Bryant shall file a response to plaintiff's complaint.

Dated:  August 9, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Elle2744.ord

1