UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERN ELLESBURY, <br><br> Plaintiff, <br><br> v. <br><br> J. FERNANDEZ, et al., <br><br> Defendants. | No. 2: 18-cv-2744 KJM KJN P <br><br><br> ORDER |

Plaintiff has filed a document titled "Motion to Compel." (ECF No. 43.) In this motion, plaintiff requests that defendants produce documents to him. In other words, plaintiff does not claim that defendants either failed or failed to adequately respond to a request for production of documents.

Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 43) is disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: September 25, 2019

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

El2744.411