UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERN ELLESBURY,<br><br>  Plaintiff,<br><br>  v.<br><br>J. FERNANDEZ, et al.,<br><br>  Defendants. | No. 2: 18-cv-2744 KJM KJN P<br><br><br><br>ORDER |

Pending before the court is defendants' motion to modify the scheduling order. (ECF No. 48.) Defendants request that the discovery deadline be extended from December 27, 2019, to January 10, 2020.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery order (ECF No. 48) is granted;
2. The parties may conduct discovery until January 10, 2020. Any motions necessary to compel discovery shall be filed by that date.

Dated: November 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Elle2744.mod

1