UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERN ELLESBURY,<br><br>Plaintiff,<br><br>v.<br><br>J. FERNANDEZ, et al.,<br><br>Defendants. | No. 2: 18-cv-2744 KJM KJN P<br><br><br><br>ORDER |

Pending before the court is plaintiff's request for subpoenas. (ECF No. 47.) Plaintiff requests that the Clerk of the Court issue subpoenas for plaintiff's witnesses: Officer Basile, Officer Lee, Office Austin and Dr. Win. It appears that plaintiff is requesting that these witnesses be subpoenaed to testify at trial.

No trial date has been set in this action. For this reason, plaintiff's request for subpoenas for trial witnesses is premature. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoenas (ECF No. 47) is denied without prejudice.

Dated: November 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Elle2744.sub

1