UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERNE ELLESBURY, <br><br> Plaintiff, <br><br> v. <br><br> J. FERNANDEZ, et al., <br><br> Defendants. | No. 2:18-cv-2744 KJM KJN P <br><br><br> ORDER |

Pending before the court is defendants' motion to modify the scheduling order. Defendants seek a thirty days extension of time to file a summary judgment motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No 63) is granted;

2. Defendants shall file their summary judgment motion on or before April 19, 2020.

Dated: March 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ell2744.eot

1