UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERNE ELLESBURY,<br><br>   Plaintiff,<br><br>   v.<br><br>J. FERNANDEZ, et al.,<br><br>   Defendants. | No. 2: 18-cv-2744 KJM KJN P<br><br><br>ORDER |

Pending before the court is defendants' second motion to modify the scheduling order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' second motion to modify the scheduling order (ECF No. 68) is granted;
2. The dispositive motion deadline is extended to June 3, 2020.

Dated: April 20, 2020

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ell2744.eot(2)

1