UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE VERNE ELLESBURY, | No. 2: 18-cv-2744 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. FERNANDEZ, et al., | |
| Defendants. | |

On July 13, 2020, the Magistrate Judge issued an order denying plaintiff's motion for a hearing. (ECF No. 81.) Applying the mailbox rule for purposes of determining filing dates, on August 12, 2020 and September 14, 2020, plaintiff filed requests for reconsideration of that order. (ECF Nos. 89, 93.) Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." *Id.* Plaintiff's requests for reconsideration of the magistrate judge's order of July 13, 2020 are therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for reconsideration (ECF Nos. 89, 93) are denied.

DATED: October 21, 2020.

CHIEF UNITED STATES DISTRICT JUDGE